## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| The RiverBank, | Civil No. 11-1207 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Guy Ferraro, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation for Voluntary Dismissal of Claims with Prejudice (Doc. No. 27), and Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, on the merits, and without costs, fees or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 27, 2011

                                                    s/Richard H. Kyle  
                                                    RICHARD H. KYLE  
                                                    United States District Judge