# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The RiverBank,

      Plaintiff,

vs.

Guy Ferraro,

      Defendant.

Civil No. 11-1207 (RHK/JJK)

**ORDER**

---

Pursuant to the parties' Joint Stipulation for Voluntary Dismissal of Claims with Prejudice (Doc. No. 27), and Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, on the merits, and without costs, fees or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 27, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge